**United States Bankruptcy Court**
**Eastern District of New York**

In re  **Ronald A Winter**                                                                 Case No.
                                        Debtor(s)                                          Chapter  **7**

**AFFIDAVIT RE: PAYMENT ADVICES**
**UNDER 11 U.S.C. § 521(a)(1)(B)(iv)**

I,  **Ronald A Winter** , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  **August  2, 2012**                            Signature  **/s/ Ronald A Winter**
                                                                **Ronald A Winter**
                                                                Debtor

Sworn to before me this  **2ND**
day of  **AUGUST**, 2012.
  *S/Daniel W. Nieroda, Sr.*
Notary Public, State of New York
No.: 4985684
Commission Expires 9/23/2013